No. 538. NEW YORK EX REL. CHOOLOKIAN *v.* MISSION OF THE IMMACULATE VIRGIN ET AL. Court of Appeals of New York. Certiorari denied. *Louis B. Boudin* and *Samuel M. Blinken* for petitioner. *Charles G. Coster, Joseph V. McKee* and *Porter R. Chandler* for the Mission of the Immaculate Virgin et al.; and *John P. McGrath* for Hilliard, respondents.

No. 540. BLANCHARD MACHINE Co. *v.* RECONSTRUCTION FINANCE CORPORATION PRICE ADJUSTMENT BOARD. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Frank B. Wallis* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison, Newell A. Clapp, Paul A. Sweeney* and *Melvin Richter* for respondent.

No. 541. DE SAIRIGNE *v.* GOULD. C. A. 2d Cir. Certiorari denied. *Martin J. Kelly, Jr.* for petitioner. *John T. Cahill* for respondent.

No. 543. JIFFY LUBRICATOR Co. *v.* ALEMITE COMPANY. C. A. 8th Cir. Certiorari denied. *Leonard L. Kalish* and *C. A. Taney, Jr.* for petitioner. *Casper W. Ooms, Herbert G. Nilles, John D. Black* and *Elwood Hansmann* for respondent.

No. 545. CARPENTER *v.* ERIE RAILROAD Co. C. A. 2d Cir. Certiorari denied. Petitioner *pro se.* *J. Roger Carroll* for respondent.

No. 549. KALB *v.* FEUERSTEIN ET AL. C. A. 7th Cir. Certiorari denied. *Wm. Lemke* for petitioner. *J. Arthur Moran* for respondents.